June 15, 1984.

478 A.2d 89

Albrecht, Appellant, v. Akey et al.

Argued March 15, 1984. Larry A. Keener, for appellant; William F. Campbell, for Akey; Thomas A. Walratt, Jr., for Cook; Raymond E. Ginn, Jr., for Boom and Cook, appellees.

Before CAVANAUGH, WIEAND and CIRILLO, JJ.

Judgment affirmed.

WIEAND, J., concurred in the result.